THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FINANCE, INC., a Washington Corporation, d/b/a GUITARVILLE,<br><br>Plaintiff,<br><br>v.<br><br>TRANSPORTATION INSURANCE COMPANY/CNA,<br><br>Defendant. | No.: 2:21-cv-806-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

Plaintiff American Finance, Inc., dba Guitarville, and defendant Transportation Insurance Company, incorrectly named as "Transportation Insurance Company/CNA," by and through their respective attorneys of record, hereby stipulate and agree that all claims which have been asserted in this action by either party against the other have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

\\

\\

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE- 1
(No.: 2:21-cv-806-JHC)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

Dated this 19th day of May, 2022.

| | |
|---|---|
| JAMES J. JAMESON, P.S. | NICOLL BLACK & FEIG PLLC |
| ** *per e-mail authority 5/18/22* | |
| /s/ James J. Jameson | /s/ Curt H. Feig |
| James J. Jameson, WSBA #11490 | Curt H. Feig, WSBA #19890 |
| *Attorneys for Plaintiffs* | Matthew C. Erickson, WSBA #43790 |
| | *Attorneys for Defendant Transportation Insurance Company* |
| | - and - |
| | Robert C. Christensen |
| | CNA Coverage Litigation Group |
| | 555 Mission Street, Suite 200 |
| | San Francisco, CA 94105 |
| | (415) 932-7018 |
| | Robert.Christensen@cna.com |
| | *Attorneys for Defendant Transportation Insurance Company* |
| | *Admitted Pro Hac Vice* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE- 2
(No.: 2:21-cv-806-JHC)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

# ORDER

PURSUANT TO THE ABOVE STIPULATION, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by plaintiff American Finance, Inc., dba Guitarville, against defendant Transportation Insurance Company, incorrectly named as "Transportation Insurance Company/CNA," are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number. Dated this 19th day of May, 2022.

_____
The Honorable John H. Chun
United States District Judge

*Presented by:*

NICOLL BLACK & FEIG PLLC

*/s/ Curt H. Feig*
Curt H. Feig, WSBA #19890
Matthew C. Erickson, WSBA #43790
*Attorneys for Defendant Transportation Insurance Company*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE- 3
(No.: 2:21-cv-806-JHC)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515